IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| IN RE: | Case No. 21-10734-jps |
|---|---|
| HARRY HALL | Chapter 7 |
| Debtor(s) | Judge Jessica E. Price Smith |

## NOTICE OF APPEARANCE

Now comes Martha R. Spaner, an attorney admitted to practice in the Northern District of Ohio at Cleveland, and appears on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2018-RPL1 Trust in the above captioned proceedings.

Submitted by:

/s/ Martha R. Spaner

Martha R. Spaner (0074971)
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: 1-513-322-7000
facsimile: 513-322-7099
e-mail: ohbk@rslegal.com

# CERTIFICATE OF SERVICE

I certify that on the  17th  day of March, 2021, a copy of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2018-RPL1 Trust's Notice of Appearance was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Via ECF Mail:**

Tiffani L. Rosia, Debtor's Counsel
tiffani@paoluccilawfirm.com

David O. Simon, Bankruptcy Trustee
david@simonlpa.com

U.S. Trustee
ustpregion09.cl.ecf@usdoj.gov

**Via Regular U.S. Mail, postage prepaid on:**

Harry Hall, Debtor
4910 East 95th St
Garfield Hts, OH 44125

/s/ Martha R. Spaner
Martha R. Spaner, Esq.